

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | DANIEL G. BOGDEN<br>United States Attorney |
| 2 | District of Nevada<br>KIMBERLY M. FRAYN |
| 3 | Assistant United States Attorney<br>333 Las Vegas Blvd. South, Suite 5000 |
| 4 | Las Vegas, Nevada 89101<br>Telephone: (702)388-6336 |
| 5 | Fax: (702) 388-6418 |
| 6 | Attorneys for the Government |

2013 APR 26 A 9:38

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

UNITED STATES,
        Plaintiff,

  v.

DAISY MARTINEZ, et al.,
        Defendants.

Case No. 2:13-CR-120-MMD-PAL

### MOTION TO UNSEAL INDICTMENT AND CASE MATTER

COMES NOW the United States of America by and through its attorneys, Daniel G. Bogden, United States Attorney, District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, and states as follows:

The Government requests that the Court unseal both the indictment and the case matter in Case No. 2:13-CR-120-MMD-PAL. This matter was sealed pursuant to the Government's request to protect the future options of a criminal investigation. The case has been indicted and the case is proceeding to trial, which has been set June 18, 2013, therefore, the reasons for sealing the

1

documents and the case matter no longer exist and should be unsealed.

DATED this _24th___ day of April, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

KIMBERLY M. FRAYN
Assistant U.S. Attorney
Organized Crime Strike Force

## ORDER

The Court having reviewed Government's Motion to Unseal, and good cause appearing,

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED this _____ day of April, 2013.