**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:13-cr-00120-APG-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| IRINA SANFORD, | ) | Motion to Withdraw (#31) |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on James Oronoz, Esq.'s Motion for Leave to Withdraw as Counsel for Defendant Irina Sanford ("Sanford") (#31), filed on May 6, 2013. Mr. Oronoz represents that he recently discovered another attorney from his firm represents a co-defendant in a case that arises from the same facts and circumstances as this case. Mr. Oronoz anticipates that if the co-defendants from the related case proceed to trial, they will be joined in a single indictment with the defendants in the instant case. Therefore, Mr. Oronoz argues continued representation of Sanford may pose a conflict of interest. The Court finds Mr. Oronoz establishes good cause to withdraw as counsel for Sanford. Accordingly,

**IT IS HEREBY ORDERED** that James Oronoz, Esq.'s Motion for Leave to Withdraw as Counsel for Irina Sanford (#31) is **granted**.

**IT IS FURTHER ORDERED** that new CJA counsel shall be appointed and present for a hearing to appoint new counsel for Defendant Sanford on **Wednesday, May 15, 2013 at 3:00 PM** in Las Vegas Courtroom 3A.

DATED this 8th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge