# UNITED STATES DISTRICT COURT
## for the

District of _NEVADA_

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL SAN CLEMENTE<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.  2:13-cr-00120-GWF

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | *3C* |
|---|---|---|---|
| | | Date and Time: | 05/13/13 at 03:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: _May 13, 2013_

_____
Judge's signature

PEGGY A. LEEN, U.S. MAGISTRATE JUDGE

_____
*Printed name and title*

```
          ___FILED   ___RECEIVED
          ___ENTERED ___SERVED ON
             COUNSEL/PARTIES OF RECORD

              MAY  1 3 2013

          CLERK US DISTRICT COURT
             DISTRICT OF NEVADA    DEPUTY
     BY:_____
```